UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LYNN KHAN,<br><br>      Plaintiff(s),<br><br>  v.<br><br>BRUCE CHRISTIANSEN, and<br>MARK STOCKTON<br><br>      Defendant(s). | No. C07-01327 BZ<br><br>**SCHEDULING ORDER** |

A Case Management Conference was held on June 11, 2007. Defendants did not attend and no proof of service has been filed. **IT IS HEREBY ORDERED** that the June 11, 2007 Case Management Conference is continued to **Monday, August 27, 2007, at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff shall serve a copy of this Order on defendants. The parties shall submit a joint case management statement by **Friday, August 17, 2007 at 12:00 p.m.**

Dated: June 12, 2007

                                              _/s/ Bernard Zimmerman_
                                           Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\Khan\CMC Order.wpd

1