UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY LYNN KHAN, | ) | |
| Plaintiff(s), | ) | No. C-07-01327 (BZ) |
| v. | ) | |
| | ) | **ORDER CONTINUING CASE** |
| BRUCE CHRISTIANSEN, and MARK STOCKTON | ) | **MANAGEMENT CONFERENCE** |
| Defendant(s). | ) | |

At plaintiff's request, the case management conference currently scheduled for Monday, January 14, 2008 at 4:00 p.m. is **continued** to **March 10, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff shall serve a copy of this order on defendants. There will be no further continuances of the conference, given the age of this case.

The parties are reminded to complete their case management obligations prior to the conference and to file a joint case management statement by no later than **March 3, 2008.**

Dated: January 11, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KAHN\ORDER CONTINUING CMC.wpd

1