UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY LYNN KAHN, | ) | |
| Plaintiff(s), | ) ) | No. C-07-01327 (BZ) |
| v. | ) ) | **SCHEDULING ORDER** |
| BRUCE CHRISTIANSEN, and MARK STOCKTON | ) ) ) | |
| Defendant(s). | ) ) | |

Mr. Kahn has asked that the case management conference scheduled for March 10, 2008 be continued for medical reasons. Good cause appearing, **IT IS HEREBY ORDERED** that the case management conference is continued to **June 2, 2008 at 4:00 p.m.**

The court urges Mr. Kahn to retain counsel, as he stated he would in his letter dated January 9, 2008. The court also notes that plaintiff has filed proofs of service. If plaintiff has properly served defendants and they have failed to answer, he should consider requesting the clerk to enter their defaults.

This lawsuit is now one year old and it does not appear

1

that plaintiff is actively prosecuting it.  While the court is sympathetic with the plaintiff's current circumstances, if plaintiff does not actively prosecute this suit in the future, either through counsel or pro se, it will be dismissed for lack of prosecution.

Dated:  March 5, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KAHN\SCHEDULING ORDER.3.4.08.WPD

