UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LYNN KAHN,<br><br>        Plaintiff(s),<br><br>   v.<br><br>BRUCE CHRISTIANSEN, and<br>MARK STOCKTON<br><br>        Defendant(s). | No. C-07-01327 (BZ)<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the case management conference set for June 2, 2008 is continued to **August 11, 2008 at 4:00 p.m.** in light of plaintiff's medical condition.

The court has repeatedly continued this conference at plaintiff's request. The court again admonishes plaintiff to move forward and actively prosecute this case or it will be dismissed for lack of prosecution.

Dated: June 3, 2008

                                          _____
                                          Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\KAHN\SCHEDULING ORDER.6.2.08.wpd

1